# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **ANTHONY MURPHY, SR.** | § | **PLAINTIFF** |
| | § | |
| | § | |
| **v.** | § | **Civil No. 1:24cv385-HSO-BWR** |
| | § | |
| | § | |
| **JOHN MILLER,** *Biloxi Police* | § | |
| *Department Chief, and* **MATTHEW** | § | |
| **BOONE***, Chief Investigator* | § | **DEFENDANTS** |

## FINAL JUDGMENT

In accordance with the Court's Order issued this date and incorporated

herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action

is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 20th day of March, 2026.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE